**LIFETIME HOMES, INC.,**
**Plaintiff–Appellant,**

v.

**WALKER HOMES, INC., Residential Development Corporation, Residential Land Acquisitions, Ameriland Investments, LLC, SGD Investments, LLC, et al., Defendants–Appellees.**

No. 07–12357.

United States Court of Appeals, Eleventh Circuit.

March 20, 2008.

Jon D. Parrish, Parrish, White & Lawhon, P.A., Naples, FL, for Plaintiff–Appellant.

Jackson O. Brownlee, Amber L. Neilson, Beusse Wolter Sanks Mora & Maire, P.A., Orlando, FL, for Defendants–Appellees.

Before HULL and WILSON, Circuit Judges, and ALBRITTON,* District Judge.

PER CURIAM:

After careful review of the briefs and the benefit of oral argument, we find no reversible error in the district court's opinion.

AFFIRMED.